LEAH YOUNG *vs.* THE CRYSTAL ICE COMPANY.

Third Judicial District.
Argued June 14th—decided July 12th, 1910.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant's servant, brought to the Superior Court in New Haven County and tried to the jury before *Bennett, J.;* the trial court having set aside a verdict rendered in its favor, the defendant appealed. *No error.*

*Philip Pond,* for the appellant (defendant).

*George W. Crawford,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New Haven County.